UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:02cr0021 AS |
| | ) | No. 3:06cv0510 AS |
| **WILLIAM EILAND, JR.** | ) | |

### *MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the various filings in *United States v. William Eiland Jr.*, 3:02cr0021 and the various filings and rulings made by this court. This court specifically takes note of the decision of the Court of Appeals in this circuit entered on or about August 18, 2003, affirming the decision by the jury in this district convicting the defendant William Eiland Jr. The most recent filing has been made pro se by William Eiland Jr. on May 29, 2007. The rules of this court would certainly require that filing be also served on the United States Attorney in this district. Such was not done. It appears that Mr. Eiland has included in his papers a selection from the Court of Appeals opinion.

As far as it can be determined, there was no effort to seek certiorari to the Supreme Court of the United States with regard to the decision of the Court of Appeals in this case. Thus, the decision of the Court of Appeals is part of the law of this case and binding on this court until either the Court of Appeals changes its decision or the Supreme Court of the United States reverses or modifies it. As far as can be determined, neither of those events have occurred. At the present time there are 113 items in the docket sheet of this case beginning on February 13, 2002. The decision of the Court of Appeals is in the form of an

unpublished one entered July 24, 2003 and reported in 71 Fed. Appx. 584 which this court has once again carefully revisited.  Given the partial reference to the decision of the Seventh Circuit, this court now attaches the full decision of that court entered on July 24, 2003 as Appendix "A" to this order.

On the basis of the totality of this record, the motion to void judgment by Rule 60(B)(4) filed pro se by William Eiland Jr. on May 29, 2007 is now **DENIED**.  **IT IS SO ORDERED**.

**DATED:**  June 1, 2007

_____
**S/ ALLEN SHARP**
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**
