THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:02-CR-21 |
| | ) | |
| WILLIAM EILAND, JR. | ) | |

OPINION AND ORDER

On July 3, 2008, the court denied William Eiland, Jr.'s motion for relief from judgment, finding no error in the April 8, 2008 order reducing Mr. Eiland's sentence to 121 months' imprisonment (based on an offense level of 32, a criminal history category of I, and a sentencing range of 121-151 months). [Doc. No. 132]. Mr. Eiland has filed a notice of appeal challenging the July 3 order and a motion to proceed *in forma pauperis.*

Federal Rule of Appellate Procedure 24(a)(3) provides that a financially indigent person may be permitted to proceed on appeal *in forma pauperis* unless the court "certifies that the appeal is not taken in good faith." In other words, the court must determine "that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000). Because no reasonable person could find that Mr. Eiland's appeal has any merit, the court concludes that the appeal is not taken in good faith and that Mr. Eiland's request for pauper status must be denied.

Accordingly, the motion to proceed on appeal *in forma pauperis* [Doc. No. 134] is DENIED.

SO ORDERED.

Entered:   July 21, 2008

                                        /s/ Robert L. Miller, Jr.
                                        Chief Judge
                                        United States District Court

cc: AUSA
    USPO
    W. Eiland, Jr.